UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Grace Woodham</u>

    v.                                        Case No. 20-cv-236-SM

<u>NH Department of Safety, et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 15, 2020.

So Ordered.

_____
Steven J. McAuliffe
United States District Judge

Date: October 23, 2020

cc:   Grace Woodham, pro se
       Allison B. Greenstein, Esq.