US District Court    Case 1:20-cv-00236-SM    Document 115    Filed 11/22/23    Page 1 of 2    Woodham v. NH
FILED - USDC -NH 2023 NOV 22 AM10:40
23-cv-195, 20-cv-244-JL
20-cv-236-SM, 21-cv-631-SE

## Status Update: Competency & Guardianship

The Concord Whelan Court has scheduled a preliminary hearing for Nov. 28, 2023, in which they ~~seem the courts p~~ will discuss releasing my medical records, without which there is no probable cause for seeking guardianship over me. By law (RSA 135-C "patient Bill of Rights") the court may not assume that I'm not competent by reason of my incarceration at NHSP-SPU, however the courts in this state rarely follow their own laws. I've already submitted documents which support my contention that I do not suffer from serious mental illness & that my parents are abusive & not fit to have custody of me for that reason. I sought interlocutory relief in NH Supreme Court when my counsel refused to submit those documents on my behalf & wouldn't talk to me, and the Probate clerk threw out all my motions to replace counsel. So far NH Supreme Ct has not acknowledged this.

I have new counsel now, but I cannot speak to him because his number is blocked on the inmate phone service. I spent two weeks asking various prison bureaucrats for his number, and now I'm trying to get permission to actually call him. The prison won't forward my attorney mail, and recently lost some important documents I had tried to send to my guardian ad litem, Mr. Shklar. I don't see how this proceeding could possibly comport with due process under these circumstances, but as I've mentioned previously, they don't seem to care about that much. Since I informed the various circuit court clerks who were obstructing my filings that I was planning to sue them, I've had Ø further correspondence, which means they're probably still obstructing my filings, but simply not acknowledging it. I tried to call a former atty to handle the matter, but that plan was foiled for obvious reasons. Note here: these restrictions on my ability to communicate are also forbidden under NH law (135-C, again) but mentioning this doesn't seem to impress anyone.

I will take this moment to remind the reader that I'm being held here for depression & PTSD, for neither of which am I getting adequate treatment. My caseworkers refuse to properly medicate me, opining that I should exercise & socialize more, then deny me the opportunity to do these things. Obviously, being depressed doesn't match the standard required for invol. commitment per Donaldson v. O'Connor.

Mailed to US District Court - NH  11/13/23 by Ali Grace Woodham, in pro per, Concord





1:20-cv-00236-SM   Document 115   Filed 11/22/23   Page

Grace Wareham
SPN 131265
281 N State St
Concord NH
03302

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*

Office of the Clerk
US District Court - NH
55 Pleasant St
Concord NH 03301

US POSTAGE  $000.63
ZIP 03301
0001403591 NOV 20 2023